IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA :

v. : CRIMINAL NO. 11-001

DAVID DEVINE :

## ORDER

AND NOW, this 28th day of February, 2012, it is hereby ORDERED that the Notice of Forfeiture is DISMISSED.

BY THE COURT:

_____
HONORABLE GENE E.K. PRATTER
Judge, United States District Court